IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                            No. 4:20-CR-304-DPM-2

CHRISTOPHER ORSBORN

## ORDER

Today, Defendant Christopher Orsborn appeared with his attorney, Lott Rolfe, IV, for a bond revocation hearing. The Government was represented by Assistant United States Attorney Will Crow.

Immediately before the hearing, Mr. Orsborn submitted a urine specimen that tested presumptively positive for opiates. Mr. Orsborn, through counsel, explained that the positive test was likely the result of taking tramadol, prescribed for his hand injury. The proceedings were recessed to allow Mr. Orsborn the opportunity to produce a prescription. When the proceedings resumed, Mr. Orsborn produced a prescription for tramadol, dated July 21, 2021. The Court is unable to resolve, on this record, the source of Mr. Orsborn's presumptively positive drug screen.[1]

---

[1] Tramadol is not listed in Alere's Information on Substance of Abuse, Revised 1/21/20, as a prescription drug that would cause a positive screen for opiates. However, a popular online source states that tramadol, a pain medication, is similar to opioid analgesics. See https://www.webmd.com/drugs/2/drug-4398-5239/tramadol-oral/tramadol-oral/details. The Court also takes judicial notice that substances such as acetaminophen and codeine, a common pain medication, would be capable of producing the positive drug screen.

The Court questioned Mr. Rolfe regarding Mr. Orsborn's ability to understand the proceedings and to assist in his defense. Mr. Rolfe stated that he had no doubt that Mr. Orsborn could understand the proceedings and assist in his defense. Accordingly, the Court resumed the proceedings.

Mr. Orsborn admitted all of the alleged violations, old and new, in the Violation Memorandum. *Doc. 41*. The Government expressed concern but took no position on whether Mr. Orsborn's bond should be revoked, leaving it to the Court.

After considering all relevant factors under 18 U.S.C. § 3142(b), the Court will allow Mr. Orsborn to participate in the Muskie Harris Recovery Service (MHRS) program in Little Rock, AR, under the direction of Muskie Harris, with all costs to be paid by Mr. Orsborn. Mr. Orsborn must *not* leave this program without the prior approval of his pretrial services officer, and he will be subject to random drug screens, through the MHRS and/or the pretrial services office.

Mr. Orsborn must understand that this is a final opportunity to comply with his bond conditions and remain free on bond. The Court cautions Mr. Orsborn that any further violations are likely to result in his bond being revoked.

The motion to revoke (*Doc. 41*) is DENIED.

IT IS SO ORDERED this 6th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE